AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

CARMINO GIANNONE; GIANNONE SERVICES, INC.
*Plaintiff*

v.

CLYDE NEIHART, D/B/A STEALTH RECOVERY/RIGHT TURN TRANSPORTATION; JEFFREY MCGEE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DETECTIVE FOR THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH LAWRENCE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; PLYMOUTH TOWNSHIP, D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT
*Defendant*

Civil Action No. 13-5137

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Venezia, Inc. d/b/a
J.V.I Towing and Recovery
601 E. Morre Street
Norristown, PA 19401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW B. WEISBERG, ESQ.
7 SOUTH MORTON AVE.
MORTON, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 3, 2013

Janet Vecchione
*Janet Vecchione*, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-5137

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph Venezia, Inc. dba J.V.I. Towning and Recovery was received by me on *(date)* 09/13/2013 .

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Vince Venezia, Management , who is designated by law to accept service of process on behalf of *(name of organization)* Joseph Venezia, Inc. dba J.V.I. Towning and Recovery on *(date)* 09/16/2013 ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify):* Served at: 601 E. Moore Street, Norristown, PA 19401

FILED
SEP 2 3 2013
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/16/2013

______________
*Server's signature*

Michael Gallagher, Process Server
*Printed name and title*

235 S. 13th Street, Philadelphia, PA 19107
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

CARMINO GIANNONE; GIANNONE SERVICES, INC.
*Plaintiff*

v.

Civil Action No. 13-5137

CLYDE NEIHART, D/B/A STEALTH RECOVERY/RIGHT TURN TRANSPORTATION; JEFFREY MCGEE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DETECTIVE FOR THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH LAWRENCE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; PLYMOUTH TOWNSHIP, D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Montgomery County d/b/a
Plymouth Township Police Department
2 E. Airy Street
Norristown, PA 19401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW B. WEISBERG, ESQ.
7 SOUTH MORTON AVE.
MORTON, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 3, 2013

Janet Vecchione

*Janet Vecchione*, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-5137

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Montgomery County dba Plymouth Township Police Dept. was received by me on *(date)* 09/13/2013 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Maureen Herron, Solicitor's Office , who is designated by law to accept service of process on behalf of *(name of organization)* Montgomery County dba Plymouth Township Police Department on *(date)* 09/16/2013 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify):* Served at: 2 E. Airy Street, Norristown, PA 19401 .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/16/2013

*Server's signature*

Michael Gallagher, Process Server
*Printed name and title*

235 S. 13th Street, Philadelphia, PA 19107
*Server's address*

Additional information regarding attempted service, etc:

FILED
SEP 23 2013
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

.O 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

CARMINO GIANNONE; GIANNONE SERVICES, INC.
*Plaintiff*

v.

CLYDE NEIHART, D/B/A STEALTH RECOVERY/RIGHT TURN TRANSPORTATION; JEFFREY MCGEE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DETECTIVE FOR THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH LAWRENCE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; PLYMOUTH TOWNSHIP, D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT
*Defendant*

Civil Action No. 13-5137

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Plymouth Township d/b/a
Plymouth Township Police Department
700 Belvoir Road
Plymouth Meeting, PA 19462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW B. WEISBERG, ESQ.
7 SOUTH MORTON AVE.
MORTON, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 3, 2013

Janet Vecchione [signature]
*Janet Vecchione*, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-5137

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Plymouth Township dba Plymouth Township Police Dept.
was received by me on *(date)* 09/13/2013 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Darryl Smith, Administrative Assistant , who is designated by law to accept service of process on behalf of *(name of organization)* Plymouth Township dba Plymouth Township Police Department on *(date)* 09/16/2013 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: Served at: 651 W. Germantown Pike, Plymouth Meeting, PA 19462.

**Darryl Smith is the Administrative Assistant for Tom Spears, Township Attorney.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/16/2013

[signature]
*Server's signature*

Michael Gallagher, Process Server
*Printed name and title*

235 S. 13th Street, Philadelphia, PA 19107
*Server's address*

FILED
SEP 23 2013
MICHAEL E. KUNZ, Clerk
By _______ Dep. Clerk

Additional information regarding attempted service, etc:

440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

CARMINO GIANNONE; GIANNONE SERVICES, INC.
*Plaintiff*

v.

CLYDE NEIHART, D/B/A STEALTH RECOVERY/RIGHT TURN TRANSPORTATION; JEFFREY MCGEE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DETECTIVE FOR THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH LAWRENCE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; PLYMOUTH TOWNSHIP, D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT; MONTGOMERY COUNTY D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH VENEZIA, INC., D/B/A J.V.I. TOWING AND RECOVERY; ROGER CACKOVIC D/B/A RJ CACKOVIC, INC. & D/B/A RJ CACKOVIC AUTO SALES, SERVICE & RENTAL
*Defendant*

Civil Action No. 13-5137

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Lawrence, individually and in his official capacity as Chief of the Plymouth Township Police Department
700 Belvoir Road
Plymouth Meeting, PA 19462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW B. WEISBERG, ESQ.
7 SOUTH MORTON AVE.
MORTON, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 3, 2013

Janet Vecchione

*Janet Vecchione*, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-5137

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph Lawrence in his official capacity, et al was received by me on *(date)* 09/13/2013 .

☑ I personally served the summons on the individual at *(place)* 700 Belvoir Road, Plymouth Meeting, PA 19462 on *(date)* 09/16/2013 ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

❐ I returned the summons unexecuted because ________ ; or

❐ Other *(specify)*: Joseph Lawrence accepted personal service as in his official capacity as Chief of the Plymouth Township Police Department at 700 Belvoir Road, Plymouth Meeting, PA 19462.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/16/2013

________________
*Server's signature*

Michael Gallagher, Process Server
*Printed name and title*

235 S. 13th Street, Philadelphia, PA 19107
*Server's address*

FILED
SEP 2 3 2013
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

CARMINO GIANNONE; GIANNONE SERVICES, INC.
*Plaintiff*

v.

CLYDE NEIHART, D/B/A STEALTH RECOVERY/RIGHT TURN TRANSPORTATION; JEFFREY MCGEE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DETECTIVE FOR THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH LAWRENCE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; PLYMOUTH TOWNSHIP, D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT; MONTGOMERY COUNTY D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH VENEZIA, INC., D/B/A J.V.I. TOWING AND RECOVERY; ROGER CACKOVIC D/B/A RJ CACKOVIC, INC. & D/B/A RJ CACKOVIC AUTO SALES, SERVICE & RENTAL
*Defendant*

Civil Action No. 13-5137

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Lawrence, individually and in his official capacity as Chief of the Plymouth Township Police Department
700 Belvoir Road
Plymouth Meeting, PA 19462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW B. WEISBERG, ESQ.
7 SOUTH MORTON AVE.
MORTON, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Janet Vecchione

*Janet Vecchione*, Deputy Clerk

Date: September 3, 2013

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-5137

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph Lawrence, individually
was received by me on *(date)* 09/13/2013 .

☑ I personally served the summons on the individual at *(place)* 700 Belvoir Road, Plymouth Meeting, PA 19462 on *(date)* 09/16/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/16/2013

*Server's signature*

Michael Gallagher, Process Server
*Printed name and title*

235 S. 13th Street, Philadelphia, PA 19107
*Server's address*

FILED
SEP 23 2013
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

CARMINO GIANNONE; GIANNONE SERVICES, INC.
*Plaintiff*

v.

CLYDE NEIHART, D/B/A STEALTH RECOVERY/RIGHT TURN TRANSPORTATION; JEFFREY MCGEE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DETECTIVE FOR THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH LAWRENCE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; PLYMOUTH TOWNSHIP, D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT; MONTGOMERY COUNTY D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH VENEZIA, INC., D/B/A J.V.I. TOWING AND RECOVERY; ROGER CACKOVIC D/B/A RJ CACKOVIC, INC. & D/B/A RJ CACKOVIC AUTO SALES, SERVICE & RENTAL
*Defendant*

Civil Action No. 13-5137

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jeffrey McGee, individually and in his official capacity as Detective for the Plymouth Township Police Department
700 Belvoir Road
Plymouth Meeting, PA 19462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW B. WEISBERG, ESQ.
7 SOUTH MORTON AVE.
MORTON, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 3, 2013

Janet Vecchione

*Janet Vecchione*, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-5137

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jeffrey McGee, individually was received by me on *(date)* 09/13/2013 .

☑ I personally served the summons on the individual at *(place)* 700 Belvoir Road, Plymouth Meeting, PA 19462 on *(date)* 09/16/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/16/2013

*Server's signature*

Michael Gallagher, Process Server

*Printed name and title*

235 S. 13th Street, Philadelphia, PA 19107

*Server's address*

Additional information regarding attempted service, etc:

FILED
SEP 23 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

CARMINO GIANNONE; GIANNONE SERVICES, INC.
*Plaintiff*

v.

CLYDE NEIHART, D/B/A STEALTH RECOVERY/RIGHT TURN TRANSPORTATION; JEFFREY MCGEE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DETECTIVE FOR THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH LAWRENCE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE PLYMOUTH TOWNSHIP POLICE DEPARTMENT; PLYMOUTH TOWNSHIP, D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT; MONTGOMERY COUNTY D/B/A PLYMOUTH TOWNSHIP POLICE DEPARTMENT; JOSEPH VENEZIA, INC., D/B/A J.V.I. TOWING AND RECOVERY; ROGER CACKOVIC D/B/A RJ CACKOVIC, INC. & D/B/A RJ CACKOVIC AUTO SALES, SERVICE & RENTAL
*Defendant*

Civil Action No. 13-5137

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey McGee, individually and in his official capacity as Detective for the Plymouth Township Police Department
700 Belvoir Road
Plymouth Meeting, PA 19462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW B. WEISBERG, ESQ.
7 SOUTH MORTON AVE.
MORTON, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 3, 2013

Janet Vecchione
*Janet Vecchione*, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-5137

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jeffrey McGee in his official capacity, et al

was received by me on *(date)* 09/13/2013 .

☑ I personally served the summons on the individual at *(place)* 700 Belvoir Road, Plymouth Meeting, PA 19462 on *(date)* 09/16/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________, who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*: Jeffrey McGee accepted personal service as in his official capacity as Detective for the Plymouth Township Police Department at 700 Belvoir Road, Plymouth Meeting, PA 19462.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/16/2013

________
*Server's signature*

Michael Gallagher, Process Server
*Printed name and title*

FILED
SEP 23 2013
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

235 S. 13th Street, Philadelphia, PA 19107
*Server's address*

Additional information regarding attempted service, etc: